IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DAVID GORDON WALLACE, JR. | § | CASE NO. 15-31594-H4-7 |
| | § | |
| Debtors | § | |
| _____ | § | |
| | § | |
| WAYNE M. ENGLISH and | § | |
| JAMES D. COLLING | § | |
| | § | |
| Plaintiffs, | § | |
| | § | ADVERSARY NO. 15-03209 |
| v. | § | |
| | § | |
| DAVID GORDON WALLACE, JR. | § | |
| | § | |
| Defendant | § | |

**JOINT REPORT OF MEETING AND JOINT DISCOVERY/CASE MANAGEMENT
PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs Wayne M English and James D. Colling ("Plaintiffs"), and Defendant David Gordon Wallace ("Wallace"), submit this Report under Federal Rule of Bankruptcy Procedure 7026(f).

1.   The conference required by Rule 7026(f)(1) and (2) was held by phone on January 11, 2016.

2.   The parties' views and proposal regarding the matters raised in Rule 7026(f)(3) are as follows:

   A.   No changes should be made in the timing, form, or requirement for disclosures under Rule 7026(a).  Initial disclosures will be made on or before February 10, 2016.

   B.   Discovery may be needed on the elements of the allegations and matters raised by the Amended Complaint and Answer.  The parties reasonably expect discovery can be completed by July 14, 2016.  Discovery should not be conducted in phases and should not be limited to or focused on particular issues.

C. At this time, the parties are not aware of any issues about disclosure or discovery of electronically stored information.

D. At this time, the parties are not aware of any issues about claims of privilege or of protection as trial-preparation materials.

E. No changes should be made in the limitations on discovery imposed under the Federal Rules of Bankruptcy Procedure or local rule.

F. The parties request the court enter a Scheduling Order in such form as the Court deems appropriate.

DATED: January 12, 2016.

Respectfully submitted,

/s/ Simon Mayer
Wayne Kitchens         TBN 11541110
wkitchens@hwa.com
Simon Mayer            TBN: 24060243
smayer@hwa.com
HUGHESWATTERSASKANASE, LLP
333 Clay Street, 29th Floor
Houston, Texas 77002-4168
Telephone:  713-759-0818
Facsimile:  713-759-6834
**ATTORNEYS FOR
DAVID GORDON WALLACE**

/s/ Wayne English
Wayne English, pro se
4849 Bluecap Court
Mesquite, Texas 75181
Tel:    214-460-4975 (Fax 972-222-4285)
Waynemenglish@aol.com

*[signed] Wayne M. English*

/s/ James Colling
James D. Colling, pro se
1105 Essex Ct.
Seabrook, Texas 77586
Tel: 281-309-1233
J.David.Colling@gmail.com

*[signed] James D. Colling*