

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
08/16/2016

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DAVID GORDON WALLACE, JR.** | § | **CASE NO. 15-31594-H4-7** |
| | § | |
| Debtors | § | |
| ——————————————— | § | |
| | § | |
| **WAYNE M. ENGLISH and** | § | |
| **JAMES D. COLLING** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **ADVERSARY NO. 15-03209** |
| v. | § | |
| | § | |
| **DAVID GORDON WALLACE, JR.** | § | |
| | § | |
| Defendant | § | |

### ORDER GRANTING MOTION TO ABATE ADVERSARY PROCEEDING

On this day came on to be considered the *Motion to Abate Adversary Proceeding and Notice of Filing Document Under Seal* ("**Motion**").   Having considered the Motion, the documents filed under seal, the pleadings, evidence and arguments of counsel, if any, the Court finds there is cause to grant the Motion.  It is therefore

**ORDERED** that this Adversary Proceeding is hereby abated until further order of this Court.

SIGNED this 16th day of ___August___ 2016.

_____
JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

2975976